WILLIAMS v. FRIEDRICHS. (Circuit Court of Appeals, Fifth Circuit. April 12, 1913. Rehearing Denied June 2, 1913.) No. 2,452. In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Action at law by F. A. Williams, trustee in bankruptcy of Harry D. Brown, against George G. Friedrichs. Judgment for defendant, and plaintiff brings error. Affirmed. T. M. Miller, John D. Miller, and Girault Farrar, all of New Orleans, La., for plaintiff in error. Frank McGloin, of New Orleans, La., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. In the light of the pleadings and evidence, the result reached in this case was correct and proper, and, as the case shows in the alleged contract sued on the bankrupt, Brown, while bargaining with the vendor for a share of the profits to result from the proposed and probable sale and purchase, was representing and interested with the purchasers, we find no prejudicial error in the charge of the court referred to in the fourth assignment of error. The judgment is affirmed.